IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAVION LATRONE YOUNG, #2081855 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:17cv883 |
| | § | |
| DIRECTOR, TDCJ-CID | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge Christine A. Nowak, who issued a Report and Recommendation recommending that the petition for writ of habeas corpus be denied as time-barred and that the case be dismissed with prejudice. Petitioner filed objections.

The Report and Recommendation of the Magistrate Judge, which contains proposed findings of facts and recommendations for the disposition of such action, has been presented for consideration. After conducting a *de novo* review of Petitioner's objections, the court determines they are without merit and concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the court.

It is therefore **ORDERED** the petition for writ of habeas corpus is **DENIED,** and the case is **DISMISSED** with prejudice. A certificate of appealability is **DENIED**. All motions by either party not previously ruled on are hereby **DENIED**.

SIGNED this the 10th day of July, 2020.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE